**Herbert D. KELLEHER,**
**Plaintiff–Appellee**

v.

**Carolyn FJORD; Katherine R. Arcell;**
**Keith Dean Bradt; Judy Bray; Jose' M.**
**Brito; et al, Defendants–Appellants**

**No. 15–10901**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/10/2016

---

Kent Davis Krabill, Esq., Eric Wolf Pinker, Lynn Pinker Cox & Hurst, L.L.P., Dallas, TX, for Plaintiff–Appellee.

Joseph M. Alioto, Alioto Law Firm, San Francisco, CA, for Defendants–Appellants.

Before REAVLEY, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Having read the record and briefs, and heard the oral argument, the court finds no reversible error and affirms the orders appealed.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

